# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JAWBONE INNOVATIONS, LLC | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00984-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on October 14, 2022  at  09:30 AM .

IT IS SO ORDERED this 21st day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE