# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC | § |
| | §   CIVIL NO: |
| vs. | §   WA:21-CV-00984-ADA |
| | § |
| APPLE INC. | § |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Friday, October 14, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 7th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE