IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JAWBONE INNOVATIONS, LLC,**<br>Plaintiff,<br><br>v.<br><br>**APPLE INC.,**<br>Defendant. | 6:21-CV-00984-ADA |

### STAY ORDER

On November 8, 2022, the Federal Circuit issued a precedential order that granted Apple's petition to vacate a similar scheduling order to the one the Court issued in this case. *See In re Apple Inc.*, 2022-162 (Fed. Cir. Nov. 8, 2022). Accordingly, the Court hereby **VACATES** its Discovery and Scheduling Order (ECF No. 103) and its Order Extending Scheduling Order Deadlines (ECF No. 107) pursuant to the Federal Circuit's guidance. **IT IS FURTHER ORDERED** that the proceedings, including all deadlines, in the above captioned matter are **STAYED** as of the date of this Order, pending resolution of the Motion for Transfer at ECF No. 38.

**SIGNED** this 8th day of November,

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE