IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JAWBONE INNOVATIONS, LLC, | § § § | Case No. 6:21-cv-00984-ADA |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § § | |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Jawbone Innovations, LLC ("Jawbone" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties"), represented by their attorneys, hereby stipulate and agree as follows:

The Parties have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Apple by Jawbone are dismissed with prejudice, and the Parties further request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: December 23, 2022            Respectfully submitted,

                                                        /s/ *Peter Lambrianakos*
                                                        Raymond W. Mort, III
                                                        Texas State Bar No. 00791308
                                                        Email: raymort@austinlaw.com
                                                        **THE MORT LAW FIRM, PLLC**
                                                        100 Congress Avenue, Suite 2000
                                                        Austin, Texas 78701
                                                        Tel/Fax: 512-865-7950

*OF COUNSEL:*

Alfred R. Fabricant (*Pro Hac Vice* to be filed)
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos (Admitted *Pro Hac Vice*)
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*Pro Hac Vice* to be filed)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Richard M. Cowell (Admitted *Pro Hac Vice*)
NY Bar No. 4617759
Email: rcowell@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***JAWBONE INNOVATIONS, LLC***



 /s/ *Ricardo J. Bonilla (with permission)*
J. Stephen Ravel Texas
State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 – Facsimile

2

Benjamin C. Elacqua
Texas Bar No. 24055443
elacqua@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 – Facsimile

Betty H. Chen
Texas Bar No. 24056720
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5067 – Telephone
(650) 839-5071 - Facsimile

***ATTORNEYS FOR DEFENDANT APPLE INC.***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                                  */s/ Peter Lambrianakos*
                                                  Peter Lambrianakos